CARL E. LARSON, Bar #48162
Attorney at Law
9490 Golden Gate Avenue
Orangevale, CA 95662
Telephone: (916) 989-9226


Attorney for Defendant
CHRIS LOHM


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 93-224-EJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CHRIS LOHM, ) | |
| ) | Date:  June 24, 2011 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

    The parties, plaintiff United States, through counsel, Assistant United States Attorney, Samuel Wong and the defendant, CHRIS LOHM, through defense counsel, Carl E. Larson, hereby stipulate that the sentencing hearing scheduled for June 10, 2011, be continued to June 24, 2011, at 9:00 a.m.

    This continuance is being requested because defense counsel, Carl E. Larson, will need additional time to determine an appropriate sentence.

/ / /

/ / /

Speedy trial time is excluded from the date of this order through and including June 24, 2011, pursuant to 18 U.S.C. 3161(h)(8)(B)(iv), Local Code T4. [reasonable time to prepare].

Dated: June 6, 2011

Respectfully submitted,

_____
CARL E. LARSON
Attorney for Defendant
CHRIS LOHM

Dated: June 6, 2011

BENJAMIN B. WAGNER
United States Attorney


_____
CARL E. LARSON for
For SAMUEL WONG
Assistant United States Attorney

O R D E R

IT IS SO ORDERED:

Dated: June 7, 2011

/S/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court Judge

2