1  CARL E. LARSON, Bar #48162
   Attorney at Law
2  9490 Golden Gate Avenue
   Orangevale, CA 95662
3  Telephone: (916) 989-9226

4

5  Attorney for Defendant
   CHRIS LOHM
6
                  IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,    )   NO. CR.S. 93-224-EJG
                                )
10              Plaintiff,      )
                                )   **ORDER COMPETENCY EVALUATION**
11      v.                      )   **PURSUANT TO 18 U.S.C. §4241**
                                )
12 CHRIS LOHM,                  )   Date:   January 6, 2012
                                )   Time:   2:00 p.m.
13              Defendant.      )   Judge:  Hon. Carolyn K. Delaney
                                )
14 _____)

15     IT IS HEREBY ORDERED that the defendant be ordered sent forthwith
16 to the Medical Center for Federal Prisoners in Springfield, Missouri,
17 or any other appropriate facility, for a full competency evaluation.
18     The government joins the defendant in requesting that this court
19 sign the attached order directing Mr. Lohm to be transported forthwith
20 to the Medical Center for Federal Prisoners in Springfield, Missouri,
21 or any other appropriate facility, for a full competency evaluation.
22

23     IT IS SO ORDERED.
24 Dated:  January 6, 2012
25                                         _____
                                           CAROLYN K. DELANEY
26                                         United States Magistrate Judge
27
28



FILED

JAN 0 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK