UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | 2:93CR224  EJG |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHRIS LOHM | ) | |

The defendant is hereby ordered released from the custody of the U. S. MARSHAL, forthwith.

/s/ Edward J. Garcia
EDWARD J. GARCIA
SR. U. S. DISTRICT JUDGE

Dated: October 12, 2012.

**FILED**

Oct 12, 2012

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

(copy to USM in Ct. 10-12-12)