UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA


FILED
AUG 0 5 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-93-224-01 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| CHRIS A. LOHM, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **CHRIS A. LOHM** Case CR S-93-224-01 WBS from custody for the following reasons:

\_\_ Release on Personal Recognizance

\_\_ Bail Posted in the Sum of _____

\_\_ Unsecured bond

\_\_ Appearance Bond with 10% Deposit

\_\_ Appearance Bond secured by Real Property

\_\_ Corporate Surety Bail Bond

**X** (Other) **Defendant sentenced to a term of TIME SERVED.**

Issued at Sacramento, CA on August 5, 2013 at 11:00 a.m.

By _____
William B. Shubb,
United States District Judge

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: MARIANNE MATHERLY
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 8/5/13

Orig & Copy: USM
Copy to Docketing